# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-116-122**

**Effective Date of Registration:**
February 13, 2018

## Title

**Title of Work:** Three Drones

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** December 12, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Warrug, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Warrug, Inc.
121 Pacific Street, Suite P1E, Brooklyn, NY, 11201, United States

## Rights and Permissions

**Organization Name:** Warrug, Inc.
**Email:** copyright@warrug.com
**Address:** 121 Pacific Street
Suite P1E
Brooklyn, NY 11201 United States

## Certification

**Name:** Kevin Sudeith

Page 1 of 2