# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-116-119**

**Effective Date of Registration:** February 13, 2018

## Title
Title of Work: Reaper

## Completion/Publication
Year of Completion: 2014
Date of 1st Publication: December 12, 2014
Nation of 1st Publication: United States

## Author
- Author: Warrug, Inc.
  Author Created: 2-D artwork
  Work made for hire: Yes
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant
Copyright Claimant: Warrug, Inc.
121 Pacific Street, Suite P1E, Brooklyn, NY, 11201, United States

## Rights and Permissions
Organization Name: Warrug, Inc.
Email: copyright@warrug.com
Address: 121 Pacific Street
Suite P1E
Brooklyn, NY 11201 United States

## Certification
Name: Kevin Sudeith

Page 1 of 2