# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-116-116**

**Effective Date of Registration:**
February 13, 2018

---

### Title
   **Title of Work:** Predator

### Completion/Publication
   **Year of Completion:** 2014
   **Date of 1st Publication:** December 12, 2014
   **Nation of 1st Publication:** United States

### Author
-    **Author:** Warrug, Inc.
   **Author Created:** 2-D artwork
   **Work made for hire:** Yes
   **Citizen of:** United States
   **Domiciled in:** United States

### Copyright Claimant
   **Copyright Claimant:** Warrug, Inc.
   121 Pacific Street, Suite P1E, Brooklyn, NY, 11201, United States

### Rights and Permissions
   **Organization Name:** Warrug, Inc.
   **Email:** copyright@warrug.com
   **Address:** 121 Pacific Street
   Suite P1E
   Brooklyn, NY 11201 United States

### Certification
   **Name:** Kevin Sudeith