# EXHIBIT 4

Afghan War Rugs for Sale and Education

**WarRug.com**  **Rugs For Sale**  **Order Book**  Press  Blog  Contact  800-781-0153

Rug **Education**
- Parts of a Rug
- Rug Structures
- Design Elements
- Weavers
- Baluchi Patterns

**Home**

**Styles Page**

War Rugs
- Index of **Styles**
- War Motifs
- WTC Imagery

**Exhibitions**

Graham Gund Gallery at Kenyon College, 2017

Temple University, 2016

The College of New Jersey, 2014
--New York Times Review

John Jay College, 2010

Denison Art Musuem, 2008

Wattis Institute of Contemporary Art, 2007-2008

Miami U. Art Museum, 2007
-- Curation
-- Reviews
--Rugs Shown

Davidson College, 2005

Esso Gallery, 2005
-- New York Times Review

**Press**

Artsy
The Guardian
The Atlantic
New York Times Opinion re: Drones
NPR's Weekend All Things Considered
PRI's the World
NPR
Forbes
New York Times (Art Review)
New York Times (WTC Rugs)

F.A.Q.
Testimonials
Appraisals

sitemap



ALL CONTENT COPYRIGHT 1997-2019 WARRUG.COM
warrug is a trademark of Warrug.com

Afghan War Rugs for Sale and Education

WarRug.com            Rugs For Sale            Order Book            Press   Blog   Contact            800-781-0153

**Rug Education**
- Parts of a Rug
- Rug Structures
- Design Elements
- Weavers
- Baluchi Patterns

**War Rugs**
- Index of **Styles**
- War Motifs
- WTC Imagery

**Exhibitions**

Graham Gund Gallery at Kenyon College, 2017

Temple University, 2016

The College of New Jersey, 2014
— New York Times Review

John Jay College, 2010

Denison Art Museum, 2008

Wattis Institute of Contemporary Art, 2007-2008

Miami U. Art Museum, 2007
-- Curation
-- Reviews.
-- Rugs Shown

Davidson College, 2005

Esso Gallery, 2005
-- New York Times Review

**Press**

Artsy
The Guardian
The Atlantic
New York Times Opinion re: Drones
NPR's Weekend All Things Considered
PRI's the World
NPR
Forbes
New York Times (Art Review)
New York Times (WTC Rugs)

F.A.Q.
Testimonials
Appraisals

sitemap

ALL CONTENT COPYRIGHT 1997-2019 WARRUG.COM
warrug is a trademark of Warrug.com

Afghan War Rugs for Sale and Education

WarRug.com | Rugs For Sale | Order Book | Press | Blog | Contact | 800-781-0153

Home
Styles Page

**Rug Education**
- Parts of a Rug
- Rug Structures
- Design Elements
- Weavers
- Baluchi Patterns

**War Rugs**
- Index of **Styles**
- War Motifs
- WTC Imagery

**Exhibitions**

Graham Gund Gallery at Kenyon College, 2017

Temple University, 2016

The College of New Jersey, 2014
--New York Times Review

John Jay College, 2010

Denison Art Museum, 2008

Wattis Institute of Contemporary Art, 2007-2008

Miami U. Art Museum, 2007
-- Curation
-- Reviews
--Rugs Shown

Davidson College, 2005

Esso Gallery, 2005
-- New York Times Review

**Press**

Artsy
The Guardian
The Atlantic
New York Times Opinion re: Drones
NPR's Weekend All Things Considered
PRI's the World
NPR
Forbes
New York Times (Art Review)
New York Times (WTC Rugs)

F.A.Q.
Testimonials
Appraisals

sitemap

ALL CONTENT COPYRIGHT 1997-2019 WARRUG.COM
warrug is a trademark of Warrug.com



**Peach Drone Rug**

Exhibited at:

ID# 1751

Date: Woven 2015
Recieved by company December 2015
Published in USA February 2016

Origin: Pakistan

Knots/Inch: 9 h X 10

Style: - Predator Drone, Other examples of this style

Size 288 x 468 inches (732 X1189 cm)

Tribe: Turkman