# EXHIBIT 5



Sign in









SilverTongueExotics
40 sales | ★★★★★
316• Beautifully Handmade Genuine Afghan War Rug, 82x62 cm
**$237.81**
Only 1 available
Pay in 4 installments of $59.45. Klarna. Learn more

Add to cart



**Rare find** — this item is hard to come by.

## Highlights

👋
Handmade

## Description





☰   Search for anything   🔍

Sign in

🛒



‹   ›

♡

SilverTongueExotics

40 sales   ★★★★★

## 320• Beautifully Handmade Genuine Afghan War Rug, 148x103 cm

### $369.12

**Only 1 available**

Pay as low as $31/mo. **Klarna**. See if you're prequalified

Add to cart



**Rare find** — this item is hard to come by.

## Highlights



Handmade

## Description



Sign in

Search for anything





SilverTongueExotics

40 sales | ★★★★★

332• Beautifully Handmade Genuine Afghan War Rug, 79x62 cm

**$234.78**

Only 1 available

Pay in 4 installments of $58.69. Klarna. Learn more

Add to cart



**Rare find** — this item is hard to come by.

## Highlights



Handmade

## Description