# **EXHIBIT 6**



# SILVER TONGUE WAR RUGS & EXOTIC SUPPLIES
War On Rugs

Get In Touch

Home | All Rugs | Small Rugs | 9/11 Rugs | Drone Rugs | Traditional War Rugs | More | +447733218248

    Log In 



New Arrival

•334• 82x63cm

£172.50



New Arrival

•333• 81x63cm

£162.50



New Arrival

•333• 81x63cm Genuine Afghan Drone Rug

£156.50



New Arrival

•331• 75x58cm Genuine Afghan Drone Rug

£158.80



New Arrival

•132• 79x62cm Genuine Afghan Drone Rug

£152.70



New Arrival

•326• 73x62cm "fuck Kevin"

£75.00



New Arrival

•325• 76x55cm "Fuck Kevin"

£68.00



New Arrival

•324• 77x55cm "Fuck Kevin" genuine Afghan Drone Rug

£72.00



New Arrival

•320• 148x103cm Incredible Large Drone

£245.80



New Arrival

•317• 81x57cm

£175.80



New Arrival

•316• 82x62cm

£134.80



New Arrival

•315• 80x58cm

£172.50



New Arrival



New Arrival



New Arrival



New Arrival

Let's Chat!



# SILVER TONGUE WAR RUGS & EXOTIC SUPPLIES
War On Rugs

Get In Touch

| Home | All Rugs | Small Rugs | 9/11 Rugs | Drone Rugs | Traditional War Rugs | More | +447733218248 |    |  Log In | 🛒 0 |



New Arrival

•264• 98x60cm Vintage Drone Rug

£165.80



•162• Small White Drone 88x64cm

~~£156.80~~  £141.12



••149•• Drone Themed Afghan War Rug 87x60cm

£155.65



•116• Drone Cream 62x88cm

£155.00



New Arrival

•124• Rare Large Kilim Drone Rug 105x190cm

£255.50



•87• 2020 Drone Rug Classic 63x79cm

£168.80



•120• Beautifully Made Drone Rug 140x94cm

£235.58



•83• Drone rug , beautiful blue 63x79cm

£172.60

+447733218248

©2020 by Silver Tongue War Rugs & Exotic Supplies. Proudly created with Wix.com

Let's Chat!